

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 PROCEEDING
  KERBY LEON NEWTON                          22-50047 KMS
  520 Arco Lane
  Laurel, MS  39440                                    SSN:  XXX-XX-8237

<u>**RELEASE OF WAGES**</u>

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

     HOWARD INDUSTRIES
     P O BOX 1588
     LAUREL, MS  39441-1588

was required to pay debtor's earnings or a portion thereof to:

     DAVID RAWLINGS, TRUSTEE
     LOCK P.O. BOX 871
     HATTIESBURG, MS  39403
     (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net