## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Kerby Leon Newton, Debtor**                **Case No. 22-50047-KMS**
                                                                        **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Kerby Leon Newton**                                    **04/15/2026**
         Kerby Leon Newton                                    Date

**/s/ Thomas C. Rollins, Jr.**                                    **04/16/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

On April 17, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KERBY LEON NEWTON

CASE NO: 22-50047-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KERBY LEON NEWTON

CASE NO: 22-50047-KMS

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 4/17/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-50047-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU APR 16 13-23-15 PST 2026

FIRST HERITAGE CO HEIGHTS FINANCE HOLDING C
PO BOX 1947
GREENVILLE  SC 29602-1947

FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE  TX 76099-1149

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

1ST FRANKLIN FINANCIAL
6335 US HWY 49
STE 20
HATTIESBURG  MS 39401

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMINISTRATIVE SERVICES
PO BOX 880
TOCCOA  GA 30577-0880

ADVANCE AMERICA
1710 HWY 15 N
STE B
LAUREL  MS 39440-1891

ADVANCE AMERICA  CASH ADVANCE CENTERS OF MS
ADVANCE AMERICA  CASH ADVANCE CENTERS  I
CO PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG  SC 29304-3058

ASPIRE
PO BOX 105555
ATLANTA  GA 30348-5555

BALANCE CREDIT
180 N WACKER DR
STE 300
CHICAGO  IL 60606-1603

CASH ADVANCE NOW
PO BOX 569
HAYS  MT 59527-0569

CASHNETUSA
175 W JACKSON BLVD
SUITE 1000
CHICAGO  IL 60604-2863

CCBTODAYCARDEDS
PO BOX 84032
COLUMBUS  GA 31908-4032

CONTINENTAL FINANCE
1ST BANK DELEWARE
PO BOX 11743
WILMINGTON  DE 19850-1743

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FIRST HERITAGE CREDIT
528 NORTH 15TH AVE
LAUREL  MS 39440-3842

FIRST HERITAGE CREDIT OF MISSISSIPPI
FIRST HERITAGE CO HEIGHTS
FINANCE HOLDING CO
PO BOX 1947
GREENVILLE SC 29602-1947

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

~~EXCLUDE~~

~~(D)FLOWERING PEACH BK LLC~~
~~PO BOX 1149~~
~~GRAPEVINE  TX 76099-1149~~

GENESIS BANKCARD
PO BOX 4499
BEAVERTON  OR 97076-4499

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JORA CREDIT OF MISSISS
7701 LAS COLINAS RIDGE
SUITE 650
IRVING  TX 75063-8114

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

MS TITLE LOAN
104 N 16TH AVE
LAUREL  MS 39440-4132

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

MISSISSIPPI TITLE LOANS  INC
CO LEGAL DEPT
8601 DUNWOODY PLACE STE 406
ATLANTA GA 30350-2550

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE  IN 47706-1010

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

PERITUS PORTFOLIO SERVICES
PO BOX 141419
IRVING  TX 75014-1419

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SPEEDY CASH
PO BOX 780408
WICHITA  KS 67278-0408

SPEEDYRAPID CASH
PO BOX 780408
WICHITA  KS 67278-0408

EXCLUDE

TODAY CARD
PO BOX 84032
COLUMBUS  GA 31908-4032

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR

KERBY LEON NEWTON
520 ARCO LANE
LAUREL  MS 39440-3504

EXCLUDE

PURPOSE FINANCIAL
135 N CHURCH STREET
SPARTANBURG  SC 29306-9901

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767