United States Bankruptcy Court

Southern District of Mississippi

In re:

Kerby Leon Newton

    Debtor

Case No. 22-50047-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kerby Leon Newton, 520 Arco Lane, Laurel, MS 39440-3504 |
| 5070624 | + | Balance Credit, 180 N Wacker Dr, Ste 300, Chicago, IL 60606-1603 |
| 5070627 | + | Continental Finance, 1st Bank Deleware, P.O. Box 11743, Wilmington, DE 19850-1743 |
| 5070637 | + | MS Title Loan, 104 N 16th Ave, Laurel, MS 39440-4132 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | May 12 2026 19:34:00 | First Heritage C/O Heights Finance Holding CO., P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| cr | + | Email/Text: bnc@teampurpose.com | May 12 2026 19:33:00 | Purpose Financial, 135 N. Church Street, Spartanburg, SC 29306-9901 |
| 5070621 | | Email/Text: bankruptcy@1ffc.com | May 12 2026 19:34:00 | 1st Franklin Financial, 6335 US Hwy 49, Ste 20, Hattiesburg, MS 39401 |
| 5072704 | + | Email/Text: bankruptcy@1ffc.com | May 12 2026 19:34:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, P.O. Box 880, Toccoa, GA 30577-0880 |
| 5070622 | + | Email/Text: bnc@teampurpose.com | May 12 2026 19:33:00 | Advance America, 1710 Hwy 15 N, Ste B, Laurel, MS 39440-1891 |
| 5088881 | + | Email/Text: bnc@teampurpose.com | May 12 2026 19:33:00 | Advance America, Cash Advance Centers of MS, LLC, Advance America, Cash Advance Centers, I, c/o Purpose Financial, Inc., PO Box 3058, Spartanburg, SC 29304-3058 |
| 5070623 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 12 2026 19:33:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5078192 | + | Email/Text: accountresolution@can-lending.com | May 12 2026 19:33:00 | Cash Advance Now,, P.O. Box 569,, Hays, MT 59527-0569 |
| 5070625 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 12 2026 19:33:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5070626 | ^ | MEBN | May 12 2026 19:31:35 | Ccbtodaycard/eds, Po Box 84032, Columbus, GA 31908-4032 |
| 5070632 | | EDI: IRS.COM | May 12 2026 23:35:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5070628 | | Email/Text: rrush@familychoicefinancial.com | May 12 2026 19:33:00 | Family Choice Financial, Inc., 1717 Gilbreath Drive, Laurel, MS 39440 |
| 5070629 | + | Email/Text: bankruptcy@curo.com | May 12 2026 19:34:00 | First Heritage Credit, 528 North 15th Ave, Laurel, MS 39440-3842 |

District/off: 0538-6                     User: mssbad                              Page 2 of 3

Date Rcvd: May 12, 2026                  Form ID: 3180W                           Total Noticed: 34

| 5071227 | + Email/Text: bankruptcy@curo.com | May 12 2026 19:34:00 | First Heritage Credit of Mississippi, First Heritage C/O Heights, Finance Holding Co, PO Box 1947, Greenville SC 29602-1947 |
| 5070630 | + EDI: AMINFOFP.COM | May 12 2026 23:35:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5547284 | + Email/Text: peritus@ebn.phinsolutions.com | May 12 2026 19:34:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5070631 | + EDI: PHINGENESIS | May 12 2026 23:35:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5070633 | + Email/Text: ebone.woods@usdoj.gov | May 12 2026 19:33:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5070634 | + Email/Text: Bankruptcy@joracredit.com | May 12 2026 19:33:00 | Jora Credit of Mississ, 7701 Las Colinas Ridge, Suite 650, Irving, TX 75063-8114 |
| 5070636 | Email/Text: ml-ebn@missionlane.com | May 12 2026 19:33:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 5087843 | + Email/Text: bankruptcy_department@clacorp.com | May 12 2026 19:33:00 | Mississippi Title Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place Ste 406, Atlanta GA 30350-2550 |
| 5070638 | + EDI: AGFINANCE.COM | May 12 2026 23:35:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5072864 | EDI: AGFINANCE.COM | May 12 2026 23:35:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5091675 | EDI: PRA.COM | May 12 2026 23:35:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5091650 | Email/Text: peritus@ebn.phinsolutions.com | May 12 2026 19:34:00 | Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 5070635 | Email/Text: bankruptcy@qcholdings.com | May 12 2026 19:33:00 | Loan Master, 1604 W 10th St, Laurel, MS 39440 |
| 5078193 | + Email/Text: bkinfo@ccfi.com | May 12 2026 19:33:00 | Speedy Cash,, P.O. Box 780408,, Wichita, KS 67278-0408 |
| 5076067 | + Email/Text: bkinfo@ccfi.com | May 12 2026 19:33:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5070639 | ^ MEBN | May 12 2026 19:31:35 | Today Card, PO Box 84032, Columbus, GA 31908-4032 |
| 5070640 | ^ MEBN | May 12 2026 19:32:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: 3180W | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Kerby Leon Newton jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kerby Leon Newton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| | | | |
|---|---|---|---|
| ***Information to identify the case:*** | | | |
| Debtor 1 | **Kerby Leon Newton** | Social Security number or ITIN | **xxx–xx–8237** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **22–50047–KMS** | | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Kerby Leon Newton**
aka Kerby L Newron

Dated: 5/12/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W | **Chapter 13 Discharge** | page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**